## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| TERESA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-3099 |
| THE PNC FINANCIAL SERVICES GROUP, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TERESA JOHNSON, and the Defendant, THE PNC FINANCIAL SERVICES GROUP, INC., by and through their attorneys, hereby stipulate to the dismissal of the Action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman P.C.
333 Skokie Blvd, Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
dlevin@toddflaw.com

By: /s/ Molly Nehring
Attorney for Defendant
Illinois Attorney No. 5173786
Reed Smith LLP
10 S. Wacker, 40th Floor
Chicago IL 60606
(312) 207-2846
mnehring@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019 a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff